PD-0051-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/16/2015 11:33:06 AM
Accepted 2/17/2015 3:18:31 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF TEXAS

## PD-0051-15

*granted to*

*3-3-15 pc*

*2-18-15*

| | | |
|---|---|---|
| **MAX EDWARD WEBB,** | § | On Petition for Review of |
| *Appellant* | § | No. 01-14-00200-CR |
| v. | § | Court of Appeals |
| | § | First District of Texas |
| | § | |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

Appellant Max Edward Webb moves the Court for an extension of time to file her petition for discretionary review until and including February 16, 2015, and shows:

1. In cause number 01-14-00200-CR, the First Court of Appeals affirmed Mr. Webb's conviction on December 15, 2014. The deadline to file the petition for discretionary review is January 15, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition.

2. Mr. Webb has made one request for extension.

3. Counsel began investigating and preparing for a motion for new trial in a murder case on December 23, 2014; counsel received the file 12 days into the 30-day period for filing the motion. The entire case needed to be reinvestigated and took up all of counsel's time before the deadline and a great deal of counsel's time after the deadline. The hearing on the motion is February 19, 2015. This has impeded counsel being able to meet this and other deadlines.

FILED IN
COURT OF CRIMINAL APPEALS

February 17, 2015

ABEL ACOSTA, CLERK

In view of the foregoing, Mr. Webb moves the Court to extend the time to file his petition for discretionary review until and including March 18, 2015.

Respectfully submitted,
**Alexander Bunin**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*
_____

Melissa Martin
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532

## CERTIFICATE OF SERVICE

I certify that I provided a copy of the foregoing motion to counsel for the state and the State Prosecuting Attorney by electronic service on February 16, 2015.

*/s/ Melissa Martin*
_____

Melissa Martin
